AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Ethereum (ETH) held within account<br>343523204612166748 | Case No. 6:25cr766 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___South Carolina___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981, 982___ *(describe the property)*:

All Ethereum (ETH) CRYPTOCURRENCY held within Aux Cayes FinTech Co. Ltd (OKX.com) account user ID: 343523204612166748

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

USSS Special Agent Joseph Lea
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/10/2025

_____
*Judge's signature*

US Magistrate Judge William S. Brown
*Printed name and title*

City and state: Greenville, SC 29601